UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**CHRISTIAN EMORY,**

    **Plaintiff,**

  v.                                                        Civil Action 2:20-cv-4133
                                                          Judge Michael H. Watson
**AMPLER BURGERS OHIO, LLC,**            Magistrate Judge Chelsey M. Vascura

    **Defendant.**

## ORDER

    In light of the Court's August 2, 2022 Opinion and Order denying Plaintiff's Unopposed Motion for Approval of Collective Action Settlement (ECF No. 44), and the absence of any further filings seeking settlement approval, the parties are **ORDERED** to file a joint proposed case schedule, including deadlines for any remaining discovery, motions for conditional certification, and dispositive motions, **WITHIN FOURTEEN DAYS** of the date of this Order.

    **IT IS SO ORDERED.**

                                                                   /s/ *Chelsey M. Vascura*
                                                                   CHELSEY M. VASCURA
                                                                   UNITED STATES MAGISTRATE JUDGE